IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                        CASE NO.: 1:05cr31-SPM

TAMIR MORGAN BUTLER, et al.,

      Defendants.
_____/

## ORDER GRANTING MOTION TO CONTINUE TRIAL

This cause comes before the Court on the unopposed motion to continue trial (doc. 55) filed by Defendant Tamir Morgan Butler.  By separate order (doc. 57), trial has already been continued to November 14, 2005.  Butler's motion, however, provides additional grounds for the continuance.  The ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.   Accordingly, it is

ORDERED AND ADJUDGED:

1.    The motion to continue trial (docs. 55) is granted.

2.    Trial is continued, as provided by separate order (doc. 57), to November 14, 2005 at 8:30 a.m. in Gainesville, Florida.

DONE AND ORDERED this 7th day of October, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge