IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00031-SPM-AK

TAMIR MORGAN BUTLER,

    Defendant.
_____/

**O R D E R**

This cause was originally scheduled for a change of plea hearing on November 7, 2005, following referral from Judge Stephen Mickle. On that date, the Court was orally advised that Defendant wanted a continuance of the hearing, and it was cancelled. Presently before the Court is Doc. 76, Motion to Continue Change of Plea Hearing, by Tamir Morgan Butler. As grounds for this motion, Defendant advises that discovery is on-going and the Government does not object to the request.

Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Following referral, Judge Mickle set November 18, 2005, as the deadline "to advise the Court whether [Defendants] intend to proceed to trial or plead guilty." Doc. 74. That deadline remains in effect, and thus, Defendant Butler must advise the undersigned no later than **November 18, 2005, at 5:00 p.m.,** whether he intends to go forward with a change of plea.

**DONE AND ORDERED** this  *9th*   day of November, 2005.

                          s/ *A. KORNBLUM*
                          **ALLAN KORNBLUM**
                          **UNITED STATES MAGISTRATE JUDGE**