IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                CASE NO.: 1:05cr31-SPM

TAMIR MORGAN BUTLER,
        Defendant.
_____/

**ORDER DENYING MOTION TO COMPEL GOVERNMENT
TO FILE A RULE 35 MOTION**

Pending before the Court is Defendant's motion (doc. 153) requesting a hearing to compel the Government to file a substantial assistance motion under Rule 35 on his behalf. The Government filed a response (doc. 154).

To compel the Government to file a substantial assistance motion, a defendant must first make a threshold showing that the government's refusal is based on a constitutionally impermissible motive. Wade v. United States, 504 U.S. 181, 186 (1992). Defendant's claim that he provided substantial assistance is not sufficient to satisfy the threshold showing. Id. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion (doc. 153) is denied.

DONE AND ORDERED this 29th day of October, 2007.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge